THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* ARAGÓN,
DEFENDANT AND APPELLANT.

THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* ARAGÓN,
DEFENDANT AND APPELLANT.

APPEALS from the District Court of San Juan, Section 2, in Prosecutions for Violation of the Sanitary Act.

Nos. 842 and 843.—Decided July 15, 1915.

Decided on the grounds of the opinion in case No. 840, *The People* v. *Aragón, ante.*

*Mr. Sandalio Torres Monge* for the appellant.
*Mr. Salvador Mestre, fiscal,* for the respondent.

*Reversed and defendant discharged.*

Chief Justice Hernández and Justices Wolf, del Toro, Aldrey and Hutchison concurred.